IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00598-CYC

RODOLFO CORONA ARCINIEGA,

     Petitioner,

v.

PAMELA BONDI, U.S. Attorney General, in her official capacity;
ROBERT GUADIAN, U.S. Immigration & Customs Enforcement Field Office Director for the Colorado Field Office, in his official capacity;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity; and
JUAN BALTASAR, Warden of GEO Group Aurora Inc, in his official capacity,

     Respondents.

---

## ORDER TO SHOW CAUSE

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the Petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Rodolfo Corona Arciniega ("Petitioner"). The Petitioner is currently detained at the GEO Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the Respondents. *Id*. at 2, 4, 7, 9–10. He seeks (1) a Court order instructing the Respondents to release him or provide him a bond hearing and (2) an award of fees and costs. *Id*. at 2, 5–6, 11–12.

Upon review of the Petition, it is hereby ORDERED that, **on or before February 20, 2026**, the Petitioner shall serve the Respondents with the Petition and this Order to Show Cause. Within **48 hours** of serving the Respondents, the Petitioner shall file proof of service on the docket, and counsel for the Respondents shall promptly enter their notices of appearance.

It is further ORDERED that, **on or before March 2, 2026**, the Respondents shall

**SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before March 9, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 3, is **March 2, 2026**.

Entered and dated this 18th day of February, 2026, at Denver, Colorado.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge