**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00598-CYC

RODOLFO CORONA ARCINIEGA,

      Petitioner,

v.

TODD BLANCHE, Acting U.S. Attorney General, in his official capacity;
GEORGE VALDEZ, U.S. Immigration & Customs Enforcement Field Office Director for the Colorado Field Office, in his official capacity;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity; and
JUAN BALTASAR, Warden of GEO Group Aurora Inc, in his official capacity,

      Respondents.

---

**JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 17) by Magistrate Judge Cyrus Y. Chung entered on May 15, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED in part to the extent it asks the Court to order the respondents to provide him with a second bond hearing at which the government bears the burden of proof.

It is FURTHER ORDERED that this case is closed.

Dated this 29th day of June, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____

S. Price Deputy Clerk